TROUTMAN PEPPER HAMILTON SANDERS LLP
Jennifer Mathis (SBN 187275)
jennifer.mathis@troutman.com
Christy A. Markos (SBN 322278)
christy.markos@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
PARTNERRE IRELAND INSURANCE DAC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SKYE BIOSCIENCE, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>PARTNER RE IRELAND INSURANCE DAC,<br><br>         Defendant. | Case No. 2:23-CV-1218-CAS (AFMx)<br><br>(Assigned to Hon. Christina A. Snyder)<br><br>**PARTNERRE IRELAND INSURANCE DAC'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:   June 12, 2023<br>Time:  10:00 a.m.<br>Ctrm.:  8D |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE THAT, on June 12, 2023, at 10:00 a.m. or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Christina A. Snyder, located at 350 W. First Street, Courtroom 8D, Los Angeles, CA 90012, Defendant PartnerRe Ireland Insurance dac will, and hereby does, move for Order dismissing the Complaint with prejudice in its entirety pursuant to FRCP 12(b)(6) on the grounds that Plaintiff fails to allege sufficient facts to state claims for breach of contract, tortious breach of the duty of good faith and fair dealing, and declaratory relief.  Plaintiff fails to state any claim upon which relief can be granted on each cause of action in its Complaint, because Plaintiff is not entitled to

1  insurance coverage under the Directors, Officers and Company Liability Policy No.
2  B0621PNEMU000218 issued by Defendant.
3      This Motion is based upon this Notice, the supporting Memorandum of Points
4  and Authorities, the pleadings and papers on file herein, and upon such other
5  evidence or argument as may be presented to the Court at the time of the hearing.
6      This Motion is made following the conference of counsel pursuant to L.R. 7-3
7  which took place telephonically on March 29, 2023 and April 5, 2023.

Dated:	April 17, 2023	Respectfully Submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Jennifer Mathis*
    Jennifer Mathis
    Christy A. Markos
    Attorneys for Defendant
    PARTNERRE IRELAND
    INSURANCE DAC

TROUTMAN PEPPER HAMILTON SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022