Shaun H. Crosner (SBN 259065)
SCrosner@McGuireWoods.com
Daria Clecicov (SBN 340760)
DClecicov@McGuireWoods.com
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE BIOSCIENCE, INC.,<br><br>     Plaintiff,<br><br>     vs.<br><br>PARTNER RE IRELAND INSURANCE DAC,<br><br>     Defendants. | Case No.: 2:23-cv-01218-CAS (ASx)<br><br>Assigned the Honorable Christina A. Snyder<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed on February 17, 2023 |

---

**NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT:

**PLEASE TAKE NOTICE** that plaintiff Skye Bioscience, Inc. ("Skye") and defendant Partner Re Ireland Insurance Company ("PartnerRe") have agreed to a settlement in principle of this matter. The Parties ask that the Court continue to retain jurisdiction over this matter to allow the Parties sufficient time to finalize and consummate their settlement. Skye anticipates dismissing its claims against PartnerRe within 30 days of this Notice. In the meantime, the Parties respectfully request that all pending dates be vacated.

DATED: December 11, 2024     McGuireWoods LLP

By: */s/ Shaun H. Crosner*
Shaun H. Crosner
Daria Clecicov

Attorneys for Plaintiff

DATED: December 11, 2024     TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Jennifer Mathis*
Jennifer Mathis
Christy A. Markos

Attorneys for Defendant

**ATTESTATION**

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 11, 2024     McGuireWoods LLP

By: */s/ Shaun H. Crosner*
Shaun H. Crosner

Attorneys for Plaintiff