1  Shaun H. Crosner (SBN 259065)
   SCrosner@McGuireWoods.com
2  Daria Clecicov (SBN 340760)
3  DClecicov@McGuireWoods.com
   McGuireWoods LLP
4  1800 Century Park East, 8th Floor
5  Los Angeles, CA 90067
   Telephone: (310) 315-8200
6  Facsimile: (310) 315-8210
7
8  Attorneys for Plaintiff

9            **UNITED STATES DISTRICT COURT**
10           **CENTRAL DISTRICT OF CALIFORNIA**
11

| 12 | SKYE BIOSCIENCE, INC., | Case No.: 2:23-cv-01218-CAS (ASx) |
|---|---|---|
| 13 | Plaintiff, | Assigned the Honorable Christina A. Snyder |
| 14 | vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41)** |
| 15 | PARTNER RE IRELAND INSURANCE DAC, | |
| 16 | Defendants. | |
| 17 | | |
| 18 | | |
| 19 | | Complaint Filed on February 17, 2023 |
| 20 | | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Skye Bioscience, Inc. and Defendant Partner Re Ireland Insurance Company ("PartnerRe") jointly stipulate to the voluntary dismissal of this action, including the Counterclaims filed by PartnerRe, with prejudice. Each party is to bear its own attorneys' fees and costs.

DATED: December 31, 2024        McGuireWoods LLP

                                By:  */s/ Shaun H. Crosner*
                                     Shaun H. Crosner
                                     Daria Clecicov

                                Attorneys for Plaintiff

DATED: December 31, 2024        TROUTMAN PEPPER HAMILTON SANDERS LLP

                                By:  */s/ Christy A. Markos*
                                     Jennifer Mathis
                                     Christy A. Markos

                                Attorneys for Defendant

**ATTESTATION**

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 31, 2024       McGuireWoods LLP

By: */s/ Shaun H. Crosner*
      Shaun H. Crosner

Attorneys for Plaintiff